# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LASSANDRA PERRY**                                                                **PLAINTIFF**

**V.**                                                           **CIVIL ACTION NO. 3:20-CV-116-M-S**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

## ORDER

On June 25, 2021, United States Magistrate David A. Sanders issued a Report and Recommendation ("R&R") in this appeal from the unfavorable decision of the Commissioner of Social Security regarding Perry's application for Social Security supplemental security income. [24] The R&R recommends that the decision be reversed and remanded. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [24] is ADOPTED as the order of the Court. The Commissioner's decision is REVERSED and REMANDED for further proceedings in accordance with the Report and Recommendation.

SO ORDERED, this 14th day of June, 2021.

                                                                       **/s/** Michael P. Mills
                                                                       **UNITED STATES DISTRICT JUDGE**
                                                                       **NORTHERN DISTRICT OF MISSISSIPPI**